Michael R. ATRAQCHI and Irene
S. Atraqchi, Appellants

v.

DISTRICT OF COLUMBIA HOUSING
AUTHORITY, et al., Appellees.

No. 07–7081.

United States Court of Appeals,
District of Columbia Circuit.

Sept. 5, 2007.

Michael R. Atraqchi, Washington, DC, pro se.

Irene S. Atraqchi, Washington, DC, pro se.

Edward Eugene Schwab, Deputy Attorney General, Office of Attorney General for the District of Columbia, Office of the Washington, DC, for Appellees.

BEFORE: GINSBURG, Chief Judge, and HENDERSON and GRIFFITH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplements filed by appellants. *See* Fed. R.App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 1, 2007, be affirmed. The court did not abuse its discretion in dismissing appellants' fanciful conspiracy claims as frivolous. *See Denton v. Hernandez,* 504 U.S. 25, 33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992); *Neitzke v. Williams,* 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C. Cir. Rule 41.